[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12199

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 27, 2010
JOHN LEY
CLERK

DAVID W. CORBITT,
ALEXANDER J. RAYA, JR.,

Plaintiffs-Appellants,

versus

HOME DEPOT U.S.A., INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

BEFORE: DUBINA, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN.

BY THE COURT:

On July 19, 2010, the parties in the above-entitled appeal, filed a Joint

Motion to Dismiss Appeal with Prejudice.  Upon consideration of those matters

contained in the parties' joint motion, and for good cause shown, it is **ORDERED** that said motion be and the same is hereby **GRANTED.** The panel opinion, published in 589 F.3d 1136, had already been vacated by our order granting rehearing en banc. *Corbitt v. Home Depot U.S.A., Inc.*, 598 F.3d 1259, 1259 (11th Cir. 2010) (*en banc*). The judgment of the district court is vacated and the case is remanded to the district court with instructions that the case be dismissed. *See Key Enterprises of Delaware, Inc. v. Venice Hospital*, 9 F.3d 893, 894 & 898-99 (11th Cir. 1993) (*en banc) (per curiam)*. Each party is to bear its own costs and attorney's fees, subject to any separate agreement by the parties.